■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LINDSEY, Appellant. [998 NYS2d 621]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered October 19, 2011, convicting defendant, after a jury trial, of burglary in the first degree, robbery in the first degree (two counts), robbery in the second degree (two counts), attempted robbery in the first degree, attempted robbery in the

second degree (two counts), criminal possession of a weapon in the second degree (two counts) and assault in the second degree, and sentencing him, as a second violent felony offender, to an aggregate term of 65 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of directing that all sentences be served concurrently, resulting in a new aggregate term of 25 years, and otherwise affirmed.

Defendant's legal sufficiency claim is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. We also find that the verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). Defendant's guilt was established through identification testimony, confessions and persuasive circumstantial evidence.

We have considered and rejected defendant's pro se claims.

We find the sentence excessive to the extent indicated. Concur—Sweeny, J.P., Renwick, DeGrasse, Clark and Kapnick, JJ.